# CASES

DECIDED IN THE

# SUPREME COURT OF GEORGIA

AT THE

# MARCH TERM, 1913

---

## DEAN v. THE STATE.

ATKINSON, J. 1. The failure to charge upon the subject of impeachment of witnesses is not cause for the grant of a new trial, in the absence of appropriate timely written request to instruct in reference thereto. *Brown* v. *State*, 138 *Ga.* 814 (76 S. E. 379).

2. In the light of the evidence and the entire charge, the grounds of the motion for new trial, based on certain excerpts from the charge, were not sufficient to require a new trial.

3. The evidence was sufficient to support the verdict.

> *Judgment affirmed. Beck, J., absent. The other Justices concur.*
> MARCH 11, 1913.

Indictment for murder. Before Judge Mathews. Houston superior court. November 22, 1912.

*J. W. Bloodworth* and *R. N. Holtzclaw,* for plaintiff in error.

*Thomas S. Felder, attorney-general,* and *John P. Ross, solicitor-general,* contra.